## 2611 South Halsted Street Building Corporation, Appellant, v. Western Casualty and Surety Company, Appellee.

**Gen. No. 43,905.**

opinion filed May 19, 1947; released for publication June 3, 1947. Louis G. Davidson and Joseph D. Ryan, for appellant; Charles J. Michal and McKinley & Price, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.